*Certiorari Granted.*

Nos. 584, 585, 586 and 587. UNITED STATES *v.* SECURITY TRUST & SAVINGS BANK OF SAN DIEGO, EXECUTOR, ET AL. District Court of Appeal for the Fourth Appellate District of California. Certiorari granted. *Solicitor General Perlman* for the United States. ▮

No. 686. GREAT ATLANTIC & PACIFIC TEA Co. *v.* SUPERMARKET EQUIPMENT CORP. C. A. 6th Cir. Certiorari granted. *John H. Glaccum* for petitioner. *Townsend F. Beaman* and *Lloyd W. Patch* for respondent.. ▮

*Certiorari Denied.* (*See also No. 427 and Misc. No. 468, supra.*)

No. 542. DUNCAN COFFEE Co. *v.* RECONSTRUCTION FINANCE CORPORATION. United States Emergency Court of Appeals. Certiorari denied. *Samuel H. Peak* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *John R. Benney* for respondent. ▮

No. 562. LOCAL 36, INTERNATIONAL FISHERMEN & ALLIED WORKERS OF AMERICA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert W. Kenny* for petitioners. *Solicitor General Perlman, Assistant Attorney General Bergson* and *J. Roger Wollenberg* for the United States. ▮

No. 651. BURNS ET AL. *v.* MUTUAL BENEFIT LIFE INSURANCE Co. C. A. 6th Cir. Certiorari denied. *Solomon W. Patek* for petitioners. ▮

No. 658. STEINWAY *v.* MAJESTIC AMUSEMENT Co. ET AL. C. A. 10th Cir. Certiorari denied. *Neal E. McNeill*

for petitioner. *John A. Johnson* for respondents.

No. 668. INSURANCE COMPANY OF NORTH AMERICA *v.* HOWE. C. A. 6th Cir. Certiorari denied. *James A. Butler* for petitioner. *Raymond T. Jackson* for respondent.

No. 672. HYGIENIC PRODUCTS CO. *v.* JUDSON DUNAWAY CORP.; and
No. 681. JUDSON DUNAWAY CORP. *v.* HYGIENIC PRODUCTS CO. C. A. 1st Cir. Certiorari denied. *Harry Frease, Joseph Frease* and *Randolph C. Richardson* for petitioner in No. 672. *Manvel Whittemore, Charles F. Miller, Jr.* and *Lucius E. Varney* for the Judson Dunaway Corporation.

No. 673. GRAY ET AL. *v.* OLDLAND ET AL. C. A. 10th Cir. Certiorari denied. *George L. Sneed, Frederic L. Kirgis* and *Jean S. Breitenstein* for petitioners. *Frank Delaney* and *L. H. Larwill* for Oldland et al.; and *Charles J. Moynihan* for Rector et al., respondents.

No. 679. JONES ET AL. *v.* GUTOWSKY. C. A. 10th Cir. Certiorari denied. *Herbert J. Patrick, Logan Stephenson* and *Cleon R. Nixon* for petitioners.

No. 688. POWELL *v.* YOUNG. C. A. 5th Cir. Certiorari denied. *John O. Harris* for petitioner. *Richard T. Rives* for respondent.

No. 692. M. & M. TRANSPORTATION CO. *v.* CITY OF NEW YORK ET AL. Court of Appeals of New York. Certiorari denied. *Joseph Rotwein* for petitioner. *John P. McGrath* and *Stanley Buchsbaum* for respondents.